UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| EDDIE D. ENNIS, | STIPULATION AND ORDER OF DISCONTINUANCE PURSUANT TO RULE 41(a) |
| Plaintiff, | |
| -against- | |
| ANTHONY J. ANNUCCI, et al., | 18-CV-0501 |
| Defendants. | GTS/TWD |

---

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties in the above-entitled action, Eddie D. Ennis, Plaintiff, Pro Se, and Defendants Maryann Delaney, Timothy Pettit, David Knapp, and Anthony Annucci, by their undersigned counsel, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of this action, the above-entitled action be and the same hereby is withdrawn and discontinued without prejudice, and without costs to either party as against the other, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: Watertown, New York
       November 10, 2020

*[signature: Eddie D. Ennis]*
Eddie D. Ennis
Plaintiff *pro se*
114 Franklin Street
Apartment 208
Watertown, NY  13601

Dated: Albany, New York
December 22, 2020

        LETITIA JAMES
        Attorney General of the State of New York
        Attorney for Defendants Maryann Delaney, Timothy
            Pettit, David Knapp and Anthony Annucci
        The Capitol
        Albany, New York 12224

        By: *Lauren R. Eversley*
            Lauren R. Eversley
            Assistant Attorney General, of Counsel
            Bar Roll No. 700641
            Telephone: (518) 776-2619
            Email: Lauren.Eversley@ag.ny.gov

Dated:   Syracuse, New York
        December 23, 2020

    SO ORDERED:

*[Signature]*

Hon. Glenn T. Suddaby
Chief U.S. District Judge